UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| YELLOWBIRD ENTERPRISES LLC,<br><br>VANTAGE POINT SERVICES LLC<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA;<br><br>*Defendant*. | Court No. 24-00121 |

## COMPLAINT

Plaintiffs YELLOWBIRD ENTERPRISES LLC ("Yellow Bird") and VANTAGE POINT SERVICES LLC ("Vantage Point") by and through their attorneys Simon Gluck & Kane LLP allege and state as follows:

1. Plaintiff, Yellow Bird, is a limited liability company duly organized and existing under the laws of the State of Montana with its primary place of business at 124 W Pine Street, Missoula, MT 59802.

2. Plaintiff, Vantage Point, is a limited liability company duly organized and existing under the laws of the State of Nevada and registered as a foreign

1

company in Washington State with its primary place of business at 22513 Marine View Drive, #200, Des Moines, WA 98198.

## **JURISDICTION**

3.  The liquidation of Entry No. E6G-0622589-5 took place on December 1, 2023.

4.  Protest No. 1704-24-106089 was filed within 180 days of liquidation and was denied on February 1, 2024.

5.  This court has jurisdiction of this action pursuant to 28 U.S.C. § 1581(a) because this civil action is timely commenced to contest the denial of a timely protest filed under Section 515 of the Tariff Act of 1930, as amended (19 U.S.C. § 1515) within 180 days of said denial.

6.  Plaintiff, Yellow Bird, is the importer of record of the merchandise which is the subject matter of this action, and whose protest was denied.

7.  Plaintiffs filed the protest here in issue and commenced this action timely within 180 days of the February 1, 2024 protest denial.

8.  All liquidated duties, charges, or exactions have been paid prior to the filing of the summons in this action.

## **DESCRIPTION OF THE MERCHANDISE**

9. The imported merchandise in issue in this action is one 1955 Jaguar D-Type XKD Chassis 526 competition sports car valued at $5,600,000 at time of entry on July 15, 2023.

10. The 1955 Jaguar D-Type XKD Chassis 526 sports car also competed in Formula One and Gran Turismo races between 1955 and 1970.

11. The imported merchandise involved in this claim arrived by air carrier and entered the United States through the Atlanta, Georgia U.S. Customs port of entry under Entry No. E6G-0622589-5.  See Exhibit A.

12. The facts concerning the 1955 Jaguar D-Type XKD Chassis 526 have been memorialized in a book entitled *Jaguar D-Type: The Story of XKD 526* written by John Elmgreen, published by Porter Press International, December 2019 (Exhibit B, front & back and inside cover; masthead and table of contents)

13. The facts contained in *Jaguar D-Type: The Story of XKD 526* are verifiable from sources in the public domain. (Exhibit C, pages extracted from the book, containing facts recited in ¶13-44, *infra*).

14. The imported merchandise is a motor vehicle that was a competition car that was raced more than 50 times.

15. The 1955 Jaguar D-Type XKD Chassis 526 was manufactured in the United Kingdom and was exported, *ex works* on October 13, 1955 to Australia, where it gained its fame in competition.

16. 1955 Jaguar D-Type XKD Chassis 526 competed at Albert Park, Melbourne on March 11, 1955.

17. The 1955 Jaguar D-Type XKD Chassis 526's ownership history includes a period from 1955-1957 when it was owned by Doris "Geordie" Anderson (1908-1995), famed émigré housewife from Scotland to Australia who as a race car driver was a holder of a land speed record.

18. The 1955 Jaguar D-Type XKD Chassis 526 race car driver was also owed by Bill Pitt (1926-2017) a famed driver.

19. Both Geordie Anderson and Bill Pitt drove the 1955 Jaguar D-Type XKD Chassis 526 at Lowood, a former fighter air base that became Australia's premier racing venue.

20. Bill Pitt drove the 1955 Jaguar D-Type XKD Chassis 526 to victory at Lowood on November 4, 1956 despite having gearbox problems, leaving the car with only two working gears.

21. Bill Pitt drove the 1955 Jaguar D-Type XKD Chassis 526 in the Australian Tourist Trophy ("ATT") and Australian Grand Prix ("AGP") races

4

which took place during the 1956 Olympic Games, which were the first Olympic s held in the Southern Hemisphere.

22.  The ATT and AGP races during the 1956 Olympic Games featured for the first time then-current Formula One and sports car drivers.

23.  On December 2, 1956, Bill Pitt crashed while driving the 1955 Jaguar D-Type XKD Chassis 526, and was thrown from the car which caught fire.

24.  The 1955 Jaguar D-Type XKD Chassis 526 was repaired after the crash and returned to competition at Albert Park in Melbourne on March 17, 1957.

25.  On April 7, 1957 at Lowood the 1955 Jaguar D-Type XKD Chassis 526 decisively defeated the Porsche Spyder in its first appearance at that venue.

26.  At Bathurst, October 6, 1957, the 1955 Jaguar D-Type XKD Chassis 526 placed third in the New South Wales Championship for Sports Cars.

27.  At Lowood, November 3, 1957, the 1955 Jaguar D-Type XKD Chassis 526 lost a lead due to a botched compulsory pit stop.

28.  At Lowood, March 23, 1958, the 1955 Jaguar D-Type XKD Chassis 526 won the Queensland Saloon Car Championship.

29.  Bill Pitt continued to race the 1955 Jaguar D-Type XKD Chassis 526 at Lowood June 15, 1958 at the Queensland Road Racing Championship and at the Sports and Saloon Car Championship on August 31, 1958 where it was the fastest car in the race.

30. Bill Pitt continued to race the 1955 Jaguar D-Type XKD Chassis 526 into 1959, and on June 14, 1959 at the 12-hour Australian Tourist Trophy race the 1955 Jaguar D-Type XKD Chassis 526 placed second.

31. In July 1959 Leaton Motors purchased the 1955 Jaguar D-Type XKD Chassis 526.

32. Between 1959 and 1962 the 1955 Jaguar D-Type XKD Chassis 526 was driven by, among others, Frank Matich who, in his career won four first place Australian Tourist Trophies, and had two Australian Grand Prix wins.

33. Other drivers of the 1955 Jaguar D-Type XKD Chassis 526 during the Leaton Motors ownership period included Doug Chivas (1922-2004) whose greatest successes and adversity were to come later, and Barry Topen (1933-2018).

34. With a different car, Doug Chivas in the Hardie-Ferodo 1000 attempted one lap too many before refueling and had to push his car manually to a refueling stop before continuing the race.

35. Frank Matich drove the 1955 Jaguar D-Type XKD Chassis 526 to a second place finish at the Queensland Centenary Road Racing Championships at Lowood on August 30, 1959.

36. Frank Matich drove the 1955 Jaguar D-Type XKD Chassis 526 to a third place finish at the March 1960 Australian Tourist Trophy race at Lowood.

6

37. With Doug Chivas driving the 1955 Jaguar D-Type XKD Chassis 526 took several top-three finishes at the races held at Warwick Farm, January 29, 1961; Catalina Park, February 12, 1961; Warwick Farm, March 19, 1961 and Warwick Farm, May 21, 1961.

38. The 1955 Jaguar D-Type XKD Chassis 526 was converted to Gran Turismo class with a hardtop and won at Catalina Park, July 9, 1961; Warwick Farm, July 30, 1961; took second at Bathurst, October 1, 1961; and won at Warwick Farm, December 17, 1961.

39. Barry Topen drove the 1955 Jaguar D-Type XKD Chassis 526 in Gran Turismo competition at Catalina Park, January 21, 1962; Warwick Farm, February 4, 1962; and Sandown, March 12, 1962, to two first and one second place finishes.

40. The serious racing career of the 1955 Jaguar D-Type XKD Chassis 526 ended in a crash on March 12, 1962.

41. On January 21, 1967, the 1955 Jaguar D-Type XKD Chassis 526 was offered for sale at Aus $ 1,850.

42. On September 6, 1970 at Warwick, the 1955 Jaguar D-Type XKD Chassis 526 won the first Tom Sulman Trophy for Historic Sports and Racing Cars.

43. From 1971 onward, the 1955 Jaguar D-Type XKD Chassis 526 with lapsed registration, awaited restoration.

44. With a restoration completed by June 1983 it won the concours at the National Jaguar Rally in Allbury, Australia.

45. In 2015, the 1955 Jaguar D-Type XKD Chassis 526 was returned to the UK where the car was registered and where it underwent a restoration while retaining a significant number of its original parts, including its stamped chassis, under the auspices of Chris Keith-Lucas's CKL Engineering.

46. The 1955 Jaguar D-Type XKD Chassis 526 was exported via air carrier from Belgium on July 15, 2023 and was imported into the United States, arriving at U.S. Customs Port Code 1704 (Atlanta) the same day.

## CLAIM

47. Paragraphs 1 through 46, supra, are incorporated as though set forth fully herein.

48. The 1955 Jaguar D-Type XKD Chassis 526 was classified on the CBP form 7501 for entry number E6G-0622589-5 under HTSUS Subheading 9705.10.0090, duty-free.

49. HTSUS Subheading 9705.10.0090 provides for

"Collections and collectors' pieces of archaeological, ethnographic, historical, zoological, botanical, mineralogical, anatomical, paleontological or numismatic interest:  Collections and collectors' pieces of archaeological, ethnographic or historical interest: Other."

50. CBP liquidated entry number E6G-0622589-5 under HTSUS Subheading 8703.24.0190 which provides for

> "Motor cars and other motor vehicles principally designed for the transport of persons (other than those of heading 8702), including station wagons and racing cars: Other vehicles, with only spark-ignition internal combustion piston engines: Of a cylinder capacity exceeding 3,000 cc: Other: Used."

51. The rate of duty under HTSUS Subheading 8703.24.0190 is 2.5% *ad valorem.*

52. CBP issued Ruling N219015 on June 18, 2012 in which a 1953 Jaguar C-type XKC Chassis 038 was classified under HTSUS Subheading 9705.00.0070, duty-free.

53. HTSUS Subheading 9705.00.0070 changed to Subheading 9705.00.0085, HTSUS, during 2018. Subheading 9705.00.0085 expired at the end of calendar year 2021. The current statistical suffix equivalent for 2022 and forward is 9705.10.0090, HTSUS, which continues in effect as of the HTSUS 2024 Edition (2nd Revision) which was issued May 31, 2024.

54. In denying Protest No. 1704-24-106089 CBP stated the reasons for denial as follows:

> In HQ H307522, dated May 13, 2020, CBP referenced HQ 961279, dated November 5, 1998, wherein the Explanatory Notes for heading 9705 describes a narrow interpretation of coverage which would not include all collection pieces and that not all collections qualify for classification in heading 9705 Harmonized Tariff Schedule (HTS). See N330503 dated February 9, 2023. Classification accordance (sic) with the General Rules of

Interpretation (GRI s) 8703.24.0190 provides for …including station wagons and racing cars.

55.   Pursuant to 19 U.S.C. § 1515(d) on April 28, 2024, Plaintiff filed a timely petition within 90 days of the denial of Protest No. 1704-24-106089 seeking a decision by CBP to void the denial as being "contrary to proper instructions."

56.   CBP has ruled in HQ H008520 dated April 12, 2007 that a liquidation and a protest denied in contradiction of a still valid CBP ruling is "contrary to proper instructions" and thereby voided the denial of the protest in that instance.

57.   CBP voided the denied protest in HQ H008520 dated April 12, 2007.

58.   The legislative history of the Customs Modernization Act states that the failure to classify goods consistent with a binding ruling is a lack of reasonable care North American Free Trade Agreement Implementation Act, Joint Report, S. 1627, Report 103-189 (November 18, 1993) p.73.

59.   Plaintiff classified the 1955 Jaguar D-Type XKD Chassis 526 in the same way as CBP classified the 1953 Jaguar C-type XKC Chassis 038 in N219015 under HTSUS Subheading 9705.

60.   On May 25, 2024, Yuliya A. Gulis, Esq. Director, Commercial and Trade Facilitation, Regulations and Rulings advised:

> "I have carefully considered your request and arguments, and I am afraid I am of the view that you have exhausted the administrative remedies in this

matter.  The Automotive Center for Excellence and Expertise (CEE) properly denied your request to void the denial of protest 170424106089."

61.     The May 25, 2024 decision from the Director, Commercial and Trade Facilitation, Regulations and Rulings made no mention of N219015 or why the 1953 Jaguar C-type XKC Chassis 038 there was properly classified under Heading 9705 but the 1955 Jaguar D-Type XKD Chassis 526 here in issue was not.

62.     HQ H307522 was issued in a 19 U.S.C. § 1625 ruling revocation proceeding to revoke two rulings previously issued by CBP on one 1937 Alfa Romeo Touring Car that had never been owned or driven by a famous person or one of historical interest and had no connection with an historic car race.

63.      HQ H307522 cited with approval at least eleven still valid rulings that were unaffected by HQ H307522:

HQ <u>962234</u>, dated July 7, 2000, HQ <u>H265058</u>, dated May 23, 2016, HQ <u>260566</u>, dated July 7, 2016, HQ <u>H271385</u>, dated May 9, 2016, NY <u>N289256</u>, dated August 30, 2017, NY <u>N284926</u>, dated April 21, 2017, NY <u>N277637</u>, dated August 19, 2016, NY <u>N280250</u>, dated November 10, 2016, NY <u>N273457</u>, dated March 30, 2016, NY <u>N254307</u>, dated July 11, 2014, and NY <u>N219015</u>, dated June 18, 2012.

64.     CBP noted in HQ H307522 that:

"All these cases involved race cars that raced in historic auto races and/or were driven by well-known race car drivers.

65.     In citing to HQ H307522 in denying Protest No. 17094-24-106089, CBP incorporated by reference HQ 961279 dated November 5, 1998 for the

11

propositions that "not all collections or collector's items are classifiable under Heading 9705" and that the Explanatory Note ("EN") for 9705 required a "narrow reading" of the provision.

66.    CBP in denying Protest No. 17094-24-106089 made no mention of the eleven rulings cited *supra* or that they were all issued after HQ 961279 (November 5, 1998).

67.    CBP in denying Protest No. 17094-24-106089 made no comparison between the facts in Ruling N219015 on June 18, 2012 and the 1953 Jaguar C-type XKC Chassis 038 was classified under Heading 9705 and why the 1955 Jaguar D-Type XKD Chassis 526 was not.

68.    Absent the institution of a Notice and Comment 19 U.S.C. § 1625 revocation proceeding all eleven rulings that classified collectable cars under Heading 9705 cited in HQ H307522 remain in effect.

69.    Exhibit D herewith is a spreadsheet that compares the facts in the eleven rulings with those set forth in 8-45 with respect to the salient bases on which the cars in the eleven rulings were classified.

70.    The criteria for classification under current HTSUS Subheading 9705.10.0090, include historical interest, famous ownership, and famous races.

71.    Plaintiff herein has established the unique history of the subject 1955 Jaguar D-Type XKD Chassis 526.

72. Plaintiff herein has established the unique history of the ownership of the subject 1955 Jaguar D-Type XKD Chassis 526.

73. Plaintiff herein has established the unique history of drivers who drove the subject 1955 Jaguar D-Type XKD Chassis 526 and the races from 1955-1970 in which it was driven.

74. On May 28, 2024, counsel made a request under the Freedom of Information Act ("FOIA") 5 USC 552(a)(1)(D) and (E). (Exhibit E).

75. The FOIA requested any and all memos, manuals, directives, instructions, directives, orders, statement of policy and/or other justification and/or explanation for the determination by CBP for the classification of former race cars of particular historical interest, uniqueness, rarity and value which are in fact collected for those reasons as other than collector's items under HTSUS Heading 9705 and instead under Heading 8703 despite their having met the criteria summarized in HQ ruling H307522 (Cus. Bull. Vol. 54, No.20, May 27, 2024 p 7) for being driven by famous drivers in historic auto races and/or were driven by well-known race car drivers in the following rulings that have not been revoked under 19 USC 1625: HQ 962234, dated July 7, 2000, HQ H265058, dated May 23, 2016, HQ 260566, dated July 7, 2016, HQ H271385, dated May 9, 2016, NY N289256, dated August 30, 2017, NY N284926, dated April 21, 2017, NY N277637, dated August 19, 2016, NY N280250, dated November 10, 2016, NY

N273457, dated March 30, 2016, NY N254307, dated July 11, 2014, and NY N219015, dated June 18, 2012.

75. The FOIA request also sought the explanation for CBP using HQ 961279, dated November 5, 1998, as an exclusionary bar from classification of cars that are in fact collected, as described in this request.

76. Finally, the FOIA request asked for the information used by CBP to determine what is or is not a "famous race" or "well-known driver" and whether

CBP's directive or other impetus for finding cars formerly used in racing is a bar to automobiles that were not raced from being classified under HTSUS Heading 9705, and what specific language therein would explain or justify that conclusion.

77. On June 11, 2024, CBP issued a final response to the FOIA request which stated:

> We conducted a comprehensive search of files within the CBP databases for records that would be responsive to your request. Unfortunately, we were unable to locate or identify any responsive records, based upon the information you provided in your request.

(See Exhibit F, plain and highlighted versions of the final FOIA response).

78. CBP has at least eleven current rulings upon with the subject collectable merchandise is classified under heading 9705, HTSUS.

79. CBP has no ruling, memos, manuals, directives, instructions, directives, orders, statement of policy and/or other justification and/or explanation

for the determination by CBP that the subject collectable merchandise cannot or should not be classified under heading 9705, HTSUS.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiffs respectfully requests that the Court sustain the protest and issue judgment holding that the merchandise is classifiable under HTSUS Subheading 9705.10.0090 as "Collections and collectors' pieces of archaeological, ethnographic, historical, zoological, botanical, mineralogical, anatomical, paleontological or numismatic interest:  Collections and collectors' pieces of archaeological, ethnographic or historical interest: Other," duty-free, and order reliquidation of the involved merchandise, and grant such other or further relief as the Court shall find appropriate, including interest at the rate established by 26 U.S.C. § 6621.

          Respectfully submitted,

          SIMON GLUCK & KANE LLP

By:    s/Christopher M. Kane
        Christopher M. Kane
        Daniel J. Gluck
        Mariana del Rio Kostenwein
        535 Fifth Avenue, 4th Floor
        New York, New York 10017
        (212) 775-0055
        Attorneys for Plaintiff

Dated:    New York, New York
              July 18, 2024