## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HONORABLE LISA W. WANG, JUDGE

| | | |
|---|---|---|
| YELLOWBIRD ENTERPRISES LLC, VANTAGE POINT SERVICES LLC, | : | |
| | : | |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | Court No. 24-00121 |
| | : | |
| UNITED STATES, | : | |
| | : | |
| *Defendant*. | : | |

## STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts:

1.  The protest involved here was filed, and the action involved here was commenced, within the time provided by law and all liquidated duties, charges or exactions were paid prior to the filing of the summons.

2.  The imported stipulable merchandise covered by Entry No. E6G-0622589-5, dated July 15, 2023, consists of one 1955 Jaguar D-Type XKD Chassis 526 competition sports car.

3. The imported stipulable merchandise was classified by U.S. Customs and Border Protection ("CBP") as a motor vehicle principally designed for the transport of persons under Subheading 8703.24.01 of the Harmonized Tariff Schedule of the United States ("HTSUS"), at a duty rate of 2.5% *ad valorem*.

4. The stipulable merchandise is classifiable as a collector's piece under HTSUS Subheading 9705.10.00, duty-free.

5. Any refunds payable by reason of this judgment are to be paid with any interest provided for by law.

6. All other claims and non-stipulable entries are abandoned.

7. Each party shall bear its own costs and attorney's fees.

Respectfully submitted,

SIMON GLUCK & KANE LLP

By:    s/Christopher M. Kane
      Christopher M. Kane
      Daniel J. Gluck
      Mariana del Rio Kostenwein
      55 Front Street, Suite 8
      Rockville Centre, New York 11570
      (212) 775-0055
Dated: June 17, 2025      Attorneys for Plaintiffs

2

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

By:  _____

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

_____

ALEXANDER VANDERWEIDE
Senior Trial Counsel
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278
Attorneys for Defendant

Dated: June 17, 2025                                   (202) 598-0287

*Stipulated Judgment on Agreed Statement of Facts,* 24-00121

        **IT IS HEREBY ORDERED** that this action is decided and final judgment
is to be entered by the Clerk of this Court; the appropriate U.S. Customs and
Border Protection officials shall reliquidate the entry and issue refunds in
accordance with the stipulation of the parties set forth above.

                                                    _____
                                                                        Judge

Date:  This _____ day of _____, 2025
          New York, New York

3